J S - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM D. BRAVEBOY, | Case No. 2:21-cv-02110-JGB-KES |
| Petitioner, | |
| v. | JUDGMENT |
| TONYA JAMES, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Dismissing Petitioner and Denying Certificate of Appealability, IT IS ADJUDGED that the Petition is dismissed.

DATED:  March 30, 2021

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE